UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                                                                  Chapter 13

Scott David Ringler,
        Debtor                                                                              Case No: 17-50441

NOTICE OF PRE-CONFIRMATION CHAPTER 13
MODIFICATION OF PLAN

To:   Kyle Carlson, Chapter 13 Trustee, and all parties in interest:

    PLEASE TAKE NOTICE THAT on Monday October 23, 2017 at 9:00 AM before the Honorable Judge Robert J Kressel in US Courthouse, Courtroom 2, 515 West First Street, Duluth, MN 55802, the Court will hold a hearing on the proposed modified plan of the above-named debtor.  A copy of the modified plan dated September 21, 2017 is attached.

Dated:  September 21, 2017            /e/ Nicole Anderson
                                      ANDERSON & ASSOCIATES, LLC
                                      Nicole Anderson
                                      Attorney ID 0336038
                                      1650 11th Ave SW, Suite 203
                                      Forest Lake, MN 55025
                                      Telephone: 651-464-8510
                                      Facsimile: 651-464-8513

**United States Bankruptcy Court**
**District of Minnesota, St. Paul Division**

**IN RE:**
**Ringler, Scott David**
Debtor(s)

Case No. **17-50441**
Chapter **13**

## AMENDED CHAPTER 13 PLAN
Dated: **September 21, 2017**.

**1. DEBTOR'S PAYMENTS TO TRUSTEE** –
a. As of the date of this plan, the debtor has paid the trustee $ **0.00** .
b. After the date of this plan, the debtor will pay the trustee $ **varies**[1] per **month** for **60** months, beginning within 30 days after the relief for a total of $ **23,945.00**. The minimum plan length is **[X]** 36 or **[ ]** 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.
c. The debtor will also pay the trustee: **n/a**
d. The debtor will pay the trustee a total of $ **23,945.00** [line 1(a) + line 1(b) + line 1(c)].
[1] **23 payments of $100.00 followed by 37 payments of $585.00**

**2. PAYMENTS BY TRUSTEE** – The trustee will pay from available funds only creditors for which proofs of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or $ **2,394.50** , [line 1(d) x .10].

**3. ADEQUATE PROTECTION PAYMENTS [§ 1326(a)(1)(C)]** – The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

| Creditor | Monthly Payment | Number of Months | TOTAL PAYMENTS |
|---|---|---|---|
| None | | | |
| TOTAL | | | 0.00 |

**4. EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365]** – The debtor assumes the following executory contracts or unexpired leases. Cure provisions, if any, are set forth in ¶ 7.

| Creditor | Description of Property |
|---|---|
| None | |

**5. CLAIMS NOT IN DEFAULT** – Payments on the following claims are current and the debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any.

| Creditor | Description of Claim |
|---|---|
| None | |

**6. HOME MORTGAGES IN DEFAULT [§ 1322(b)(5) and § 1322(e)]** – The trustee will cure defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens. <u>All following entries are estimates</u>. The trustee will pay the actual amounts of default.

| Creditor | Amount of Default | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| **Spire Federal Credit Union** | 7,572.86 | | 24 | 23 | 7,572.86 |
| **Spire Federal Credit Union** | 4,071.42 | | 24 | 23 | 4,071.42 |
| TOTAL | | | | | 11,644.28 |

**7. CLAIMS IN DEFAULT [§ 1322 (b)(3) and (5) and § 1322(e)]** – The trustee will cure defaults on the following claims as set forth below. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any. <u>All following entries are estimates, except for interest rate</u>.

| Creditor | Amount of Default | Int. rate (if any) | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| None | | | | | | |

| | | |
|---|---|---:|
| TOTAL | | **0.00** |

**8. OTHER SECURED CLAIMS; SECURED CLAIM AMOUNT IN PLAN CONTROLS [§ 1325(a)(5)]** – The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column, below. The creditors will retain liens securing the allowed secured claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge. NOTWITHSTANDING A CREDITOR'S PROOF OF CLAIM FILED BEFORE OR AFTER CONFIRMATION, THE AMOUNT LISTED IN THIS PARAGRAPH AS A CREDITOR'S SECURED CLAIM BINDS THE CREDITOR PURSUANT TO 11 U.S.C. § 1327, AND CONFIRMATION OF THE PLAN IS A DETERMINATION OF THE CREDITOR'S ALLOWED SECURED CLAIM.

| Creditor | Claim Amount | Secured Claim | Int. Rate | Beginning in Month # | Monthly Payment | Number of Payments | Payments on Account of Claim | Adequate Protection from ¶ 3 | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|
| None | | | | | | | | | |
| TOTAL | | | | | | | | | **0.00** |

**9. PRIORITY CLAIMS** – The trustee will pay in full all claims entitled to priority under § 507, including the following. *The amounts listed are estimates*. The trustee will pay the amounts actually allowed.

| Creditor | Estimate Claim | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| **Anderson & Associates, LLC** | **2,500.00** | **90/520** | **1/24** | **23/1** | **2,500.00** |
| **Internal Revenue Service** | **6,202.84** | **pro rata** | | | **6,202.84** |
| **Minnesota Department of Revenue DSO** | **1,089.45** | **pro rata** | | | **1,089.45** |
| TOTAL | | | | | **9,792.29** |

**10. SEPARATE CLASSES OF UNSECURED CREDITORS** – In addition to the class of unsecured creditors specified in ¶ 11, there shall be separate classes of non-priority unsecured creditors described as follows:
The trustee will pay the allowed claims of the following creditors. *All entries below are estimates*.

| Creditor | Int. Rate (if any) | Claim Amount | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL | | | | | | **0.00** |

**11. TIMELY FILED UNSECURED CREDITORS** – The trustee will pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under ¶ 2, 3, 6, 7, 8, 9 and 10 their pro rata share of approximately $ **113.93** [line 1(d) minus lines 2, 6(d), 7(d), 8(d), 9(f), and 10(c)].
a. The debtor estimates that the total unsecured claims held by creditors listed in ¶ 8 are $ **0.00**.
b. The debtor estimates that the debtor's total unsecured claims (excluding those in ¶ 8 and ¶ 10) are $ **15,291.35**.
c. Total estimated unsecured claims are $**15,291.35** [line 11(a) + line 11(b)].

**12. TARDILY-FILED UNSECURED CREDITORS** – All money paid by the debtor to the trustee under ¶ 1, but not distributed by the trustee under ¶ 2, 3, 6, 7, 8, 9, 10, or 11 will be paid to holders of nonpriority unsecured claims for which proofs of claim were tardily filed.

**13. OTHER PROVISIONS** – The trustee may distribute additional sums not expressly provided for herein at the trustee's discretion.

**a. Late claims: Debtor reserves the right to objection to late filed claims.**

**b. Tax Refunds: The debtor shall send the Trustee each year during the Chapter 13 Plan copies of her federal and state income tax returns at the time they are filed. The debtor shall also promptly report to the Trustee the receipt of any state and federal tax refunds for the duration of this Chapter 13 case. Debtor shall be entitled to retain the first $2,000 of refunds plus any earned income credit (EIC) plus any Minnesota Working Family credit. Any remaining amounts shall be turned over to the Chapter 13 plan as additional plan payment.**

**c. In the event of the surrender, foreclosure, repossession or return of any collateral to any secured creditor listed in paragraphs 4, 5, 6, 7 or 8, for any reason, the creditor may amend its Proof of Claim to a general unsecured claim and the Trustee shall pay the claim as a general unsecured claim. Any alleged balance of any claim to such creditor shall be discharged upon the debtor receiving a discharge in this case.**

**14. SUMMARY OF PAYMENTS** –

| | |
|---|---:|
| Trustee's Fee [Line2) | $ **2,394.50** |
| Home Mortgage Defaults [Line 6(d)] | $ **11,644.28** |
| Claims in Default [Line 8(d)] | $ **0.00** |
| Other Secured Claims [Line 8(d)] | $ **0.00** |
| Priority Claims [Line 9(f)] | $ **9,792.29** |
| Separate Classes [Line 10(c)] | $ **0.00** |
| Unsecured Creditors [Line 11] | $ **113.93** |
| TOTAL [must equal Line 1(d)] | $ **23,945.00** |

**Nicole Anderson 0336038**
**Anderson & Associates, LLC**
**1650 11th Ave SW Ste 203**
**Forest Lake, MN  55025-2106**
**651-464-8510**

Signed:  /s/ Scott David Ringler
                                   DEBTOR 1

REVISED 12/15

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: Ringler, Scott David

Case No. 17-50441

Debtor(s).

## SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES & STATEMENTS
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☒ MODIFIED CHAPTER 13 PLAN
☐ OTHER: PLEASE DESCRIBE: _____

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: _____

x _/s/ Scott Ringler_____
Signature of Debtor 1 or Authorized
Representative

x _____
Signature of Debtor 2

_Scott Ringler_____
Printed name of Debtor 1 or Authorized
Representative

_____
Printed Name of Debtor 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: SCOTT DAVID RINGLER | CASE NO: 17-50441 |
| | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 9/21/2017, I did cause a copy of the following documents, described below,

Notice of Pre-confirmation Chapter 13 Modification of Plan and Amended Chapter 13 Plan,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 9/21/2017

/s/ Nicole Anderson
Nicole Anderson  0336038
Anderson & Associates, LLC
1650 11th Ave SW, Ste 203
Forest Lake, MN  55025
651 464 8510
nicole@atlawhelp.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: SCOTT DAVID RINGLER | CASE NO: 17-50441 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 9/21/2017, a copy of the following documents, described below,

Notice of Pre-confirmation Chapter 13 Modification of Plan and Amended Chapter 13 Plan,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/21/2017

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Anderson & Associates, LLC
Nicole Anderson
1650 11th Ave SW, Ste 203
Forest Lake, MN  55025

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| | | |
|---|---|---|
| 1 LABEL MATRIX FOR LOCAL NOTICING<br>08645<br>CASE 17-50441<br>DISTRICT OF MINNESOTA<br>DULUTH<br>THU SEP 21 12-59-13 CDT 2017 | 2 SPIRE CREDIT UNION<br>CO PFB LAW PROFESSIONAL ASSOCIATION<br>55 EAST 5TH ST SUITE 800<br>ST PAUL MN 55101-1718 | 3 DULUTH<br>404 US COURTHOUSE<br>515 WEST FIRST STREET<br>DULUTH MN 55802-1302 |
| 4 ADV COL PRO<br>PO BOX 353<br>CAMBRIDGE MN 55008-0353 | 5 ADVANTAGE COLLECTION PROFESSIONALS<br>MINNESOTA GASTROENTEROLOGY PA<br>PO BOX 353<br>CAMBRIDGE MN 55008-0353 | 6 BARCLAYS BANK DELAWARE<br>100 S WEST ST<br>WILMINGTON DE 19801-5015 |
| 7 BARCLAYS BANK DELAWARE<br>PO BOX 8803<br>WILMINGTON DE 19899-8803 | 8 CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | 9 CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30253<br>SALT LAKE CITY UT 84130-0253 |
| 10 CHASE CARD<br>ATTN CORRESPONDENCE DEPT<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 | 11 CHASE CARD<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 | 12 FREEDOM ROAD FINANCIAL<br>10605 DOUBLE R BLVD<br>RENO NV 89521-8920 |
| 13 FREEDOM ROAD FINANCIAL<br>10509 PROFESSIONAL CIRCLE 202<br>RENO NV 89521-4884 | 14 INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 15 LVNV FUNDING LLC<br>PO BOX 10497<br>GREENVILLE SC 29603-0497 |
| 16 LVNV FUNDINGRESURGENT CAPITAL<br>PO BOX 10497<br>GREENVILLE SC 29603-0497 | 17 MINNESOTA DEPARTMENT OF REVENUE<br>BANKRUPCTY SECTION<br>PO BOX 64447<br>SAINT PAUL MN 55164-0447 | 18 PFB LAW PROFESSIONAL ASSOCIATION<br>55 5TH ST E STE 800<br>SAINT PAUL MN 55101-1718 |
| 19 QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | 20 RED RIVER COLLECTIONS<br>1644 TOM WILLIAMS DR S<br>FARGO ND 58104-6187 | 21 SPIRE FEDERAL CREDIT UNION<br>2025 LARPENTEUR AVE WEST<br>FALCON HEIGHTS MN 55113-5512 |
| 22 SPIRE FEDERAL CREDIT<br>2025 LARPENTEUR AVE W<br>FALCON HEIGHTS MN 55113-5512 | 23 SYNCBCARE CREDIT<br>950 FORRER BLVD<br>KETTERING OH 45420-1469 | 24 SYNCHRONY BANKCARE CREDIT<br>ATTN BANKRUPTCY<br>PO BOX 956060<br>ORLANDO FL 32896-5060 |
| 25 STATE OF MINNESOTA DEPARTMENT OF<br>REVENUE<br>PO BOX 64447  BKY<br>ST PAUL MN 55164-0447 | 26 US TRUSTEE<br>1015 US COURTHOUSE<br>300 S 4TH ST<br>MINNEAPOLIS MN 55415-3070 | 27 KYLE CARLSON<br>PO BOX 519<br>BARNESVILLE MN 56514-0519 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

*EXCLUDE*                                     *DEBTOR*

~~28 NICOLE L ANDERSON~~          29 SCOTT DAVID RINGLER
~~1650 11TH AVE SW~~              2340 NAPLES ST
~~SUITE 203~~                     MORA MN 55051-6810
~~FOREST LAKE MN 55025-2106~~